UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SULLIVAN COUNTY FABRICATION, INC.,
individually situated and on behalf of all others
similarly situated,

                Plaintiff,

v.

SELECTIVE INSURANCE COMPANY OF
AMERICA and SELECTIVE WAY
INSURANCE COMPANY,

                Defendants.
-----------------------------------------------------------X

**ORDER**

20-cv-5750 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Pursuant to Rule 4(L) of the Court's Individual Practices, oral argument has been scheduled on the pending motion to dismiss. The oral argument will be held on 5/10/2021 at 2:00 p.m. at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 521, White Plains, New York 10601.

    All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

SO ORDERED:

Dated: White Plains, New York
       April 30, 2020

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge