

**FBFG** | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

May 3, 2021

<u>VIA ECF</u>
Judge Philip M. Halpern
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

   Re: <u>Sullivan County Fabrication, Inc. v. Selective Insurance Company of America et al.
     No. 7:20-cv-05750-PMH</u>

Dear Judge Halpern:

  We represent Plaintiff [...]
In accordance with Your Hono[...]
Argument currently scheduled [...]
convenient for the Court during [...]
adjournment because Plaintiff'[...]

  Plaintiff has conferred [...]
graciously consented to these p[...]
this Oral Argument.

  We thank Your Honor [...]

> Application granted. Oral Argument is adjourned to May 19, 2021 at 3:00 p.m. at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 521, White Plains, New York 10601.
>
> All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperatures taken before being allowed entry into that courthouse. On the day you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>    May 4, 2021

Todd S. Garber
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3283
tgarber@FBFGLaw.com

*Attorneys for Plaintiff and the Putative Class*