**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SULLIVAN COUNTY FABRICATION, INC.,

                Plaintiff,

-against-                                20 **CIVIL** 5750 (PMH)

                                              **JUDGMENT**

SELECTIVE INSURANCE COMPANY OF
AMERICA, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 19, 2021, defendants Selective Insurance Company of America and Selective Way Insurance Company's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED. Because plaintiff fails to state a claim, this action is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      May 20, 2021

                                                  **RUBY J. KRAJICK**

                                                     Clerk of Court

                          BY:
                                                     **Deputy Clerk**